UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David James Sylvester,   Civil 09-2544 JMR/FLN

    Plaintiff,

v.   O R D E R

Mary Christine Sylvester,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 8, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* [#2] is DENIED; and

2. This action is summarily DISMISSED for lack of jurisdiction.

DATED: November 2, 2009.    s/James M. Rosenbaum
at Minneapolis, Minnesota    JUDGE JAMES M. ROSENBAUM
    United States District Court